959 A.2d 909

**RITTENHOUSE PLAZA, INC.**

v.

**Joan LICHTMAN**

v.

**Marvin Levin, C.P.A., Mary Duden, Stanton Oswald, Esquire, William Lederer, E. Gerald Riesenbach, Esquire, Jon Sirlin, Esquire, Dana Plon, Esquire and Peter Lesser, Esquire**

**Petition of Joan Lichtman.**

**No. 126 EM 2008.**

Supreme Court of Pennsylvania.

Nov. 5, 2008.

**ORDER**

PER CURIAM.

**AND NOW,** this 5th day of November, 2008, the Petition for Leave to File Petition for Allowance of Appeal, treated as a Petition for Review, and the "Emergency Motion to Amend Supersedeas," which is treated as a Motion for Stay, are **DENIED.** Respondents' Motion to Consolidate is **DISMISSED AS MOOT.**